UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN JOHN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 3:23-cv-06507-WHO<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 11 |

Defendant Nationwide Mutual Insurance Company filed a motion to dismiss the plaintiff's case. [Dkt. No. 11]. Plaintiff Jordan John's opposition was due on January 5, 2024. As of the date of this order, John has failed to file an opposition.

According, John is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. John may expunge this Order to Show Cause by filing an amended complaint or response to the motion by January 24, 2024. Should John fail to do so, this case will be dismissed without prejudice under Federal Rule 41(a).

Defendant Nationwide is ORDERED to serve a copy of this Order To Show Cause and its Motion to Dismiss on John by mail and to file a proof of service.

**IT IS SO ORDERED.**

Dated: January 10, 2024

William H. Orrick
United States District Judge